BERENS, KOZUB & KLOBERDANZ, PLC
Richard W. Hundley, #019829
7047 E. Greenway Parkway, Suite 140
Scottsdale, Arizona 85254
(480) 624-2777

Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

MALDONADO, FRANK G. AND AMY K.,

Debtors.

In Proceedings Under
Chapter 7

No._____

**DECLARATION WITH MASTER MAILING LIST**

The undersigned, Frank G. Maldonado and Amy K. Maldonado, debtors, do hereby certify under penalty of perjury the Master Mailing List, consisting of 2 sheets, is complete, correct and consistent with Debtors' Schedules.

Dated: 9.24.09

Frank G. Maldonado
Debtor

Dated: 9-24-09

Amy K. Maldonado
Debtor

Dated: 9-24-09

Richard W. Hundley
Attorney for Debtor

1